IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KENNAJO SCHULTZ, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.:  10-CV-1643 -SNLJ ) |
| PAYLESS SHOESOURCE, INC. AND COLLECTIVE BRANDS, INC., | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Kennajo Schultz by her attorney, Gerard B. Schneller, and Defendants Payless Shoesource, Inc. and Collective Brands, Inc., by its attorneys and pursuant to Federal Rule of Civil Procedure 41(a) do herby jointly stipulate to a voluntary dismissal of the above captioned case without prejudice.

Respectfully submitted,

| | |
|---|---|
| HOLLAND, GROVES, SCHNELLER & STOLZE, L.L.C.<br><br>/s  Gerard B. Schneller<br>Gerard B. Schneller<br>300 N. Tucker, Suite 801<br>St. Louis, MO 63101<br>(314) 241-8111<br>(314) 241-5554 (fax)<br>Attorneys for Plaintiff | HUSCH BLACKWELL LLP<br><br>     /s/ Josef S. Glynias     <br>Josef S. Glynias, Bar No. 497823<br>Kate M. Heideman, Bar No. 534150<br>Anthony Grice, Bar No. 5246566<br>190 Carondelet Plaza, Suite 600<br>Saint Louis, Missouri 63105<br>Telephone: (314) 480-1500<br>Facsimile: (314) 480-1505<br>joe.glynias@huschblackwell.com<br>kate.heideman@huschblackwell.com<br>anthony.grice@huschblackwell.com |

|   | Kimberly A. Jones, Bar No. 225523<br>4801 Main Street, Suite 1000<br>Kansas City, Missouri 64112<br>Telephone: (816) 983-8000<br>Facsimile: (816) 983-8080<br>kimberly.jones@huschblackwell.com<br><br>*Attorneys for Defendants Payless ShoeSource, Inc. and Collective Brands, Inc.* |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2010, the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Attorneys for Plaintiff:

**Gerard B. Schneller**
HOLLAND, GROVES, SCHNELLER & STOLZE, L.L.C.
300 N. Tucker Boulevard
Suite 801
St. Louis, MO 63101
314-241-8111
Fax: 314-241-5554
Email: gschneller@allfela.com

**Eric D. Holland**
HOLLAND, GROVES, SCHNELLER & STOLZE, L.L.C
300 N. Tucker Boulevard
Suite 801
St. Louis, MO 63101
314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

Attorneys for Defendant:

**Josef S. Glynias**
**Kate M. Heideman**
**Anthony Grice**
190 Carondelet Plaza, Suite 600
Saint Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
joe.glynias@huschblackwell.com
kate.heideman@huschblackwell.com
anthony.grice@huschblackwell.com

**Kimberly A. Jones**
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
kimberly.jones@huschblackwell.com

**Samuel S. Deskin**
DESKIN LAW FIRM, PLC
1020 S. Sherbourne Drive
Suite 204
Los Angeles, CA 90035
800-709-8978
Fax: 310-360-9882
Email: ssd@deskinlawfirm.com

                HOLLAND, GROVES, SCHNELLER & STOLZE, L.L.C.

                /s  Gerard B. Schneller____
                Gerard B. Schneller
                300 N. Tucker, Suite 801
                St. Louis, MO 63101
                (314) 241-8111
                (314) 241-5554 (fax)
                Attorneys for Plaintiff